The prosecution will be reversed and dismissed.

═══════

## BRADLEY v. STATE. (No. 5841.)

(Court of Criminal Appeals of Texas. May 26, 1920.)

Criminal law ⟐1090(1)—In absence of statement or bill, judgment affirmed.

Where the record on appeal from a conviction is before the Court of Criminal Appeals without a statement of facts or bill of exceptions, the judgment will be affirmed.

Appeal from District Court, Falls County; Prentice Oltorf, Judge.

Andrew Bradley was convicted of cattle theft, and appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of cattle theft and allotted three years in the penitentiary. The record is before us without a statement of facts or bill of exceptions.

The judgment will therefore be affirmed.

═══════

## GUILLEN v. STATE. (No. 5821.)

(Court of Criminal Appeals of Texas. May 12, 1920.)

Appeal from El Paso County Court; E. B. McClintock, Judge.

Jesus Regalado Guillen was convicted of receiving stolen property, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of receiving stolen property and given one year in the county jail and a fine of $200.

The record is before us without a statement of facts or bill of exceptions. The grounds set out in the motion for new trial cannot be revised in the absence of the evidence. The judgment is therefore ordered to be affirmed.